1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

CHARLES E. CRAYON,

11

         Plaintiff,                  No. 2:13-cv-0350 KJN P

12

     vs.

13

RICK HILL, et al.,

14

         Defendants.         <u>ORDER</u>

15

_____/

16

         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17

to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to

18

28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

19

pauperis on the current form used by this district.  Use of the current form assists plaintiff to

20

establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915

21

(b)(1) and (2).  Plaintiff is also required to provide a certified copy of his prison trust account

22

statement for the six month period immediately preceding the filing of his complaint.  Thus,

23

plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit

24

the application on the appropriate form.

25

////

26

////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's application to proceed in forma pauperis (Docket No. 3) is

3    dismissed without prejudice;

4    2.  The Clerk of the Court is directed to send plaintiff a new Application to

5    Proceed In Forma Pauperis By a Prisoner; and

6    3.  Plaintiff shall submit, within thirty days from the date of this order, a

7    completed application to proceed in forma pauperis on the form provided with this order.  The

8    completed application must bear the case number assigned to this action.  Plaintiff's failure to

9    comply with this order may result in the dismissal of this action without prejudice.

10   DATED:  February 28, 2013

11

12   _____
     KENDALL J. NEWMAN

13   UNITED STATES MAGISTRATE JUDGE

14   cray0350.3d

15

16

17

18

19

20

21

22

23

24

25

26

2