UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>    Plaintiff,<br><br>    v.<br><br>RICK HILL, et al.,<br><br>    Defendants. | No.  2: 13-cv-0350 KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed July 5, 2013, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On July 18, 2013, plaintiff submitted the USM-285 forms but failed to file the copies of the amended complaint

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on May 15, 2013; and

////

////

////

1

2. Within thirty days, plaintiff shall submit to the court the four copies of the amended complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated: July 31, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cray0350.8f