UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICK HILL, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0350 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  October 7, 2013, plaintiff filed two motions requesting that the court order two inmates to make statements on plaintiff's behalf.  The court does not have the authority to order persons to make statements on the behalf of a party.  However, if this action proceeds to trial, plaintiff may be able to call these inmates as witnesses.

　　　　On October 24, 2013 plaintiff filed a notice requesting information regarding whether the court appointed an attorney to represent him.  Plaintiff is informed that no counsel has been appointed to represent him in this action.

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for witness statements
2 (ECF Nos. 28 and 29) are denied.
3 Dated: November 4, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cr350.wit