UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICK HILL, et al.,<br><br>　　　　　　Defendants. | No. 2: 13-cv-0350 KJN P<br><br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2013, defendants filed a motion to dismiss. On December 4, 2013, plaintiff filed a motion for deadline confirmation. In this motion, plaintiff states that he received no order from the court regarding the deadline for filing his opposition to defendants' motion to dismiss. Plaintiff requests that the court set a deadline for the filing of his opposition.

　　　　The order filed August 16, 2013, referenced the rules for determining filing deadlines. (See ECF No. 22 at 3.) Due to plaintiff's misunderstanding regarding the deadline for filing his opposition, plaintiff is granted thirty days to file his opposition.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　Plaintiff's motion for deadline confirmation (ECF No. 41) is granted;

////

1

2. Plaintiff's opposition to defendants' motion to dismiss is due within thirty days of the date of this order.

Dated: December 9, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cr350.ord