UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICK HILL, et al.,<br><br>　　　　　Defendants. | No.  2: 13-cv-0350 MCE KJN P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On May 9, 2014, the Magistrate Judge filed Findings and Recommendations herein, ECF No. 55, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within fourteen days.  Neither party has filed objections to the Findings and Recommendations.

　　　The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed May 9, 2014, ECF No. 55, are ADOPTED IN FULL; and

    2. Defendants' Motions to Dismiss, ECF Nos. 38, 43, are GRANTED as to all claims against Defendant Stocker and Plaintiff's cover-up claim against Defendant Hill; however, Defendants' Motion to Dismiss is DENIED as to Plaintiff's claims against Defendant Wang.

Dated: August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT