UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>              Plaintiff,<br><br>       v.<br><br>RICK HILL, et al.,<br><br>              Defendants. | No.  2:13-cv-0350 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, in an action brought under 42 U.S.C. § 1983.  Plaintiff has filed a request for the appointment of counsel.  (ECF No. 79.) Plaintiff filed four previous requests for appointment of counsel (see ECF Nos. 70, 72, 74, 76), which were all denied.  (See ECF Nos. 71, 73, 75, 77.)  For the reasons stated in the orders denying plaintiff's previous requests for appointment of counsel, plaintiff's pending request for appointment of counsel is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel (ECF No. 79) is denied without prejudice.

Dated:  May 20, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Cray0350.31(4)

1