UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. CRAYON, | No. 2:13-cv-0350 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| RICK HILL, et al., | |
| Defendants. | |

On January 9, 2017, plaintiff filed a motion for summary judgment. (ECF No. 97.) This civil rights action was closed on March 4, 2016. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: January 12, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cray0350.58

1